UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>METABOLIFE INTERNATIONAL, INC.<br>and ALPINE HEALTH PRODUCTS,<br>LLC,<br><br>      Debtors/Petitioners, | Case Nos. 02-CV-1671-BTM (JMA)<br>           05-CV-2387-BTM (JMA)<br>           06-CV-0180-BTM (JMA)<br>           06-CV-0645-LAB (JMA) |

**IT IS HEREBY ORDERED** that a telephonic Case Management Conference will be held before Magistrate Judge Jan M. Adler on **September 6, 2007** at **9:30 a.m.** in the following cases:

     Holler v. Metabolife, 02-CV-1671-BTM (JMA)

     Paterson v. Wal-Mart, 05-CV-2387-BTM (JMA)

     Tims v. Wal-Mart, 06-CV-0180-BTM (JMA)

     Kaempfe v. Chemins, 06-CV-0645-LAB (JMA)

     By no later than August 30, 2007, counsel shall submit a brief status letter to the undersigned's chambers' e-mail address at efile_adler@casd.uscourts.gov regarding the status of each respective case.  Counsel shall include in their letters the name and telephone number for each attorney planning to participate in

1  the Case Management Conference.  The Court will initiate the
2  conference call.
3      **IT IS SO ORDERED**.
4  DATED:  August 2, 2007

                                     _____
                                     Jan M. Adler
                                     U.S. Magistrate Judge