UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>METABOLIFE INTERNATIONAL, INC.<br>and ALPINE HEALTH PRODUCTS,<br>LLC,<br><br>           Debtors/Petitioners, | Case Nos. 02-CV-1671-BTM (JMA)<br>         05-CV-2387-BTM (JMA)<br>         06-CV-0180-BTM (JMA)<br>         06-CV-0645-LAB (JMA)<br><br>**ORDER RESCHEDULING TELEPHONIC**<br>**CASE MANAGEMENT CONFERENCE** |

The parties have submitted status letters to the Court, as requested in the Court's August 2, 2007 Order, regarding the below-referenced cases:

**1. Holler v. Metabolife, 02-CV-1671-BTM (JMA)**

The confirmation hearing for Metabolife International Inc.'s ("Metabolife's") bankruptcy plan is scheduled for September 10, 2007. If the bankruptcy plan is confirmed, the parties intend to seek a dismissal of this matter.

**2. Paterson v. Wal-Mart, 05-CV-2387-BTM (JMA)**
**3. Tims v. Wal-Mart, 06-CV-0180-BTM (JMA)**
**4. Kaempfe v. Chemins, 06-CV-0645-LAB (JMA)**

These cases will be dismissed, if Metabolife's bankruptcy plan is confirmed, and/or will be transferred to the Multidistrict Litigation in the United States District Court for

the Southern District of New York ("MDL").

Having been advised of the status of these cases, the Court hereby **VACATES** the telephonic Case Management Conference scheduled for September 6, 2007 at 9:30 a.m.  Instead, the Court will convene a telephonic Case Management Conference on **December 13, 2007** at **9:30 a.m.**  The conference will be taken off calendar if the above cases are transferred or dismissed prior to that time.

**IT IS SO ORDERED**.

DATED:   September 4, 2007

_____
Jan M. Adler
U.S. Magistrate Judge